1  Michael C. Barnhill (Bar No. 329621)
   mcbarnhill@michaelbest.com
2  MICHAEL BEST & FRIEDRICH LLP
3  2750 E. Cottonwood Parkway, Suite 560
   Cottonwood Heights, Utah 84121
4  Telephone:     (801) 833-0500
   Facsimile:     (801) 931-2500
5
6  Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHG MEDICAL STAFFING, INC. d/b/a RN NETWORK, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VICTOR VALLEY HOSPITAL ACQUISITION, INC. d/b/a VICTOR VALLEY GLOBAL MEDICAL CENTER, a California corporation,<br><br>Defendant. | Case No.: 5:23-cv-01355<br><br>**COMPLAINT for**<br>**(1) Breach of Contract**<br>**(2) Breach of Implied Covenant of Good Faith and Fair Dealing** |

Plaintiff CHG Medical Staffing, Inc. d/b/a RN Network, by and through its undersigned counsel, complains against Defendant Victor Valley Hospital Acquisition, Inc. d/b/a Victor Valley Global Medical Center and for causes of action alleges as follows:

**PARTIES**

1. Plaintiff CHG Medical Staffing, Inc. d/b/a RN Network ("RN Network") is a Delaware corporation with its principal place of business in Utah.

2. Defendant Victor Valley Hospital Acquisition, Inc. d/b/a Victor Valley Global Medical Center ("Defendant") is a California corporation with its principal place of business located in San Bernardino County, California.

**JURISDICTION AND VENUE**

3. This Court has jurisdiction of this matter pursuant to 28 U.S.C. § 1332.

4. This Court has jurisdiction over Defendant because Defendant is located in San Bernardino County, California.

5. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(a) and (b), as a substantial part of the events giving rise to the claims occurred in this District.

**FACTUAL ALLEGATIONS**

6. RN Network is a staffing agency that specializes in placing nurses in medical facilities with temporary needs for nurses.

7. On or about December 31, 2017, RN Network and Defendant entered into an Agreement for Supplemental Staffing Services (the "Agreement").

8. Pursuant to the Agreement, RN Network was to supply temporary nurse staffing services to Defendant.

9. RN Network presented Shayna John, Marisa Feenstra, and Meagan Wibel (together, the "Staff") to Defendant to provide temporary staffing services at Defendant's Victorville, California facility.

10. Defendant accepted the Staff to work at its facility.

11. Records of the time the Staff spent working for Defendant were transmitted to RN Network.

12. RN Network then invoiced Defendant.

13. Ms. John provided services to Defendant beginning on around February 14, 2022, through on or around March 25, 2022.

14. Ms. Feenstra provided services to Defendant beginning on around February 16, 2022,

through on or around June 8, 2022.

15. Ms. Wibel provided services to Defendant beginning on around February 13, 2022, through on or around April 8, 2022.

16. Defendant failed to pay for the Staff's services.

17. To date, the amount owed by Defendant is $197,779.15, plus pre- and post-judgment interest as well as attorney fees and costs as allowed per the Agreement.

### FIRST CAUSE OF ACTION
### Breach of Contract

18. RN Network re-alleges the foregoing allegations as if fully stated herein.

19. The Agreement constitutes a valid, binding contract between RN Network on one hand and Defendant on the other.

20. RN Network performed its contractual obligations.

21. Defendant breached its obligations by failing to pay RN Network according to the Agreement.

22. RN Network has been damaged in an amount to be proven at trial that is less than $197,779.15 plus pre- and post-judgment interest as well as attorney fees and costs as allowed per the Agreement.

### SECOND CAUSE OF ACTION
### Breach of Implied Covenant of Good Faith and Fair Dealing

23. RN Network re-alleges the foregoing allegations as if fully stated herein.

24. The Agreement contains an implied covenant that each party would act in good faith towards each other so that each party could enjoy the full benefits of the contractual relationship.

25. As alleged above, RN Network performed its contractual obligations, and all conditions precedent to Defendant's performance of its contractual obligations have occurred.

26. As alleged above, Defendant has willfully acted unfairly, interfered with RN Network's rights to receive its benefits of the Agreement, and breached the implied covenant of good faith and fair dealing.

27. As a direct and proximate result of Defendant's breach of the covenant of good faith and fair dealing, RN Network has been damaged in an amount to be proven at trial that is no less than $197,779.15 plus pre- and post-judgment interest as well as attorney fees and costs as allowed per the Agreement.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff CHG Medical Staffing, Inc. d/b/a RN Network prays for judgment as follows:

A. On the First Cause of Action, for judgment against Defendant and in favor of RN Network in an amount to be proven at trial that is no less than $197,779.15 plus pre- and post-judgment statutory interest as well as attorney fees and costs as allowed per the Agreement; and

B. On the Second Cause of Action, for judgment against Defendant and in favor of RN Network in an amount to be proven at trial that is no less than $197,779.15 plus pre- and post-judgment statutory interest as well as attorney fees and costs as allowed per the Agreement; and

C. All other relief which this Court deems just and proper.

Dated: July 12, 2023

Respectfully submitted,

MICHAEL BEST & FRIEDRICH, LLP

By: /s/ Michael C. Barnhill
Attorneys for Plaintiff