1  Michael C. Barnhill (Bar No. 329621)
   mcbarnhill@michaelbest.com
2  MICHAEL BEST & FRIEDRICH LLP
3  2750 E. Cottonwood Parkway, Suite 560
   Cottonwood Heights, Utah 84121
4  Telephone:   (801) 833-0500
   Facsimile:    (801) 931-2500
5
6  Attorneys for Plaintiff

7
                    UNITED STATES DISTRICT COURT
8                   CENTRAL DISTRICT OF CALIFORNIA
9

10 CHG MEDICAL STAFFING, INC. d/b/a RN     )   Civil Action No. 5:23-cv-01355
11 NETWORK, a Delaware corporation,        )
                                           )
12            Plaintiff,                   )   **NOTICE OF SETTLEMENT**
                                           )
13      vs.                                )
                                           )
14 VICTOR VALLEY HOSPITAL                  )
   ACQUISITION, INC. d/b/a VICTOR          )
15 VALLEY GLOBAL MEDICAL CENTER, a         )
   California corporation,                 )
16                                         )
              Defendant.                   )
17                                         )

18      Plaintiff CHG Medical Staffing, Inc. d/b/a RN Network, by and through its undersigned

19 counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced

20 matter with Defendants Victor Valley Hospital Acquisition, Inc. d/b/a Victor Valley Global Medical

21 Center ("Victor Valley").  Plaintiff and Defendants are in the process of finalizing the settlement,

22 whereupon Plaintiff will move for dismissal with prejudice.  Plaintiff anticipates that the execution

23 of the settlement, performance of the terms, and dismissal of claims against Defendants will be

24 finalized within the next six (6) months.

25
26
27
28

1  Dated: September 13, 2023                    Respectfully submitted,

2                                               M<small>ICHAEL</small> B<small>EST</small> & F<small>RIEDRICH</small>, LLP

3

4                                               By: /s/ Michael C. Barnhill
5                                                    Attorneys for Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                  2
28