Michael C. Barnhill (Bar No. 329621)
mcbarnhill@michaelbest.com
MICHAEL BEST & FRIEDRICH LLP
2750 E. Cottonwood Parkway, Suite 560
Cottonwood Heights, Utah 84121
Telephone:   (801) 833-0500
Facsimile:    (801) 931-2500

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHG MEDICAL STAFFING, INC. d/b/a RN NETWORK, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VICTOR VALLEY HOSPITAL ACQUISITION, INC. d/b/a VICTOR VALLEY GLOBAL MEDICAL CENTER, a California corporation,<br><br>Defendant. | Civil Action No. 5:23-cv-01355<br><br>**NOTICE OF DISMISSAL** |

Plaintiff CHG Medical Staffing, Inc. d/b/a RN Network, by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 41, hereby notifies the Court of dismissal of its claims in the above-referenced matter against Defendant Victor Valley Hospital Acquisition, Inc. d/b/a Victor Valley Global Medical Center ("Victor Valley") with prejudice. Victor Valley has not filed an answer or a motion for summary judgment in this matter.

Dated: April 5, 2024

Respectfully submitted,

MICHAEL BEST & FRIEDRICH, LLP

By: /s/ Michael C. Barnhill
Attorneys for Plaintiff